HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SHANNA OFFUTT EVANGER,

        Plaintiff,

v.

GEORGIA-PACIFIC GYPSUM, LLC,

        Defendant.

CASE NO. 17-cv-5521RBL

ORDER DENYING MOTIONS FOR SUMMARY JUDGMENT

[Dkts. 26 and 27]

THIS MATTER is before the Court on dueling Motions for Summary Judgment [Dkts. #26 and #27] in an employment situation wrapped or "rapt" in romance. The Court has reviewed the pleadings for and against the motions. Oral argument could not inform the Court further on the rich factual tapestry weaved by the participants to this saga. For the reasons that follow, both motions are DENIED.

The Court has reached tentative impressions of the credibility of some of the players and of the merits of the parties' arguments. On summary judgment, the Court cannot weigh credibility nor fully appreciate the nuanced positions of the litigants without a trial. These motions were dead on arrival by virtue of the complex "tis" – "taint" story the parties tell in their

factual recitations. There are clearly material issues of fact that, when resolved by the trier of fact, will write the last chapter of this interesting, emotional story.

IT IS SO ORDERED.

Dated this 2nd day of July, 2019.

     Ronald B. Leighton
     United States District Judge