UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SHANNA OFFUTT EVANGER,<br><br>Plaintiff,<br><br>v.<br><br>GEORGIA-PACIFIC GYPSUM, LLC,<br><br>Defendant. | CASE No.    3:17-cv-05521<br><br>STIPULATED MOTION AND ORDER TO SCHEDULE NEW TRIAL |

COME NOW the parties, Plaintiff Shanna Offutt Evanger, by and through her counsel of record, Judith Lonnquist and Benjamin Phillips, and Defendant by and through counsel or record, Sarah Turner and Chad Schultz, and hereby move this court for a new trial date in this case.

Plaintiff's counsel has a two-week trial scheduled to begin in King County Superior Court on December 2, 2019, which cannot be rescheduled. Plaintiff's next scheduled trials are not until March and April, 2020.

Defendant's counsel Sarah Turner has appellate arguments scheduled with the Oregon Appellate Court on October 29, 2019. Both Chad Shultz and Sarah Turner have a two to three-week trial scheduled to begin in Pierce County Superior Court on November 4, 2019. Chad

STIPULATED MOTION AND ORDER TO
SCHEDULE NEW TRIAL - Page 1

LAW OFFICES OF
JUDITH A. LONNQUIST, P.S.
1218 THIRD AVENUE, SUITE 1500
SEATTLE, WA 98101-3021
TEL 206.622.2086   FAX 206.233.9165

1  Shultz also has a one week trial beginning December 5, 2019, in Alabama.  Finally, Chad

2  Shultz has unavailability from September 30 to October 11, for his son's wedding.

3      WHEREFORE, the parties request that a new trial be scheduled at the earliest available

4  date on the Court's calendar.

5      Dated this ___ day of September, 2019

6

7

8                                LAW OFFICES OF
                              JUDITH A. LONNQUIST, P.S.

9

10                               _____
                              Judith A. Lonnquist, WSBA No. 06421
                              Attorney for Plaintiff

11

12                               GORDON REES SCULLY MANSUKHANI, LLP

13                               *s/Sarah N. Turner*_____
                              Sarah N. Turner, WSBA No. 37748

14

15                               *s/Chad Schultz*_____
                              Chad Schultz, pro haec vice
                              Attorneys for Defendants

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION AND ORDER TO
SCHEDULE NEW TRIAL - Page 2

LAW OFFICES OF
JUDITH A. LONNQUIST, P.S.
1218 THIRD AVENUE, SUITE 1500
SEATTLE, WA 98101-3021
TEL 206.622.2086   FAX 206.233.9165

## **ORDER**

THIS MATTER, having come on before the undersigned on the foregoing stipulation of counsel, and the Court having considered the foregoing Stipulated Motion to schedule a new trial and the related dates of unavailability of counsel;

NOW THEREFORE, said motion is granted. A new trial in this matter will commence on February 18, 2020, at 9:00 a.m.  The pretrial conference, if needed, is scheduled for February 7, 2020, at 8:30 a.m.

DATED this 13th day of  September, 2019.

_____
Ronald B. Leighton
United States District Judge

PRESENTED BY:

LAW OFFICES OF
JUDITH A. LONNQUIST, P.S.

_____
Judith A. Lonnquist, WSBA No. 06421
Attorney for Plaintiff

APPROVED FOR ENTRY;
NOTICE OF PRESENTATION WAIVED:

*s/Sarah N. Turner*_____
Sarah N. Turner, WSBA No. 37748
Attorney for Defendant

STIPULATED MOTION AND ORDER TO
SCHEDULE NEW TRIAL - Page 3

LAW OFFICES OF
JUDITH A. LONNQUIST, P.S.
1218 THIRD AVENUE, SUITE 1500
SEATTLE, WA 98101-3021
TEL 206.622.2086  FAX 206.233.9165