The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHANNA OFFUTT EVANGER,
Plaintiff,

v.

GEORGIA-PACIFIC GYPSUM, LLC,
Defendant.

NO. 3:17-cv-05521

**ORDER DIRECTING PARTIES TO FILE JOINT STATUS REPORT**

On August 8, 2020, this matter was transferred to this Court from the Honorable Ronald B. Leighton. While trial was held in August and September 2019, that trial resulted in a hung jury. A retrial had been scheduled for May 4, 2020, but that date was stricken and has not been reset.

Therefore, Court hereby directs the parties to meet and confer and, no later than September 11, 2020, submit a Joint Status Report ("JSR"). The parties should note that, as reflected in the General Orders recently issued by the Western District of Washington, the COVID-19 pandemic has substantially affected the Court's ability to conduct in-person jury proceedings, and jury trials are not likely to resume in the near future.

Under these circumstances, the Court directs the parties to consider the option of conducting a virtual Bench trial. The JSR should indicate whether all parties consent to a virtual Bench trial and, if so, should include three alternative proposed trial dates. If, however, one party does not consent to a virtual Bench trial, the Joint Statement should not indicate which party does

ORDER RE JOINT STATUS REPORT
- 1

not consent, merely that there is no agreement as to a virtual Bench trial. In that event, all pre-trial and trial deadlines will remain vacated.

DATED this 25th day of August, 2020.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER RE JOINT STATUS REPORT - 2