UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHANNA OFFUTT EVANGER,<br><br>                 Plaintiff,<br><br>   v.<br><br>GEORGIA-PACIFIC GYPSUM LLC,<br><br>                 Defendant. | No. 3:17-CV-5521-BJR<br><br>ORDER RE TRIAL DATE, REMOTE TRIAL PROCEEDINGS, AND MOTIONS IN LIMINE |

The Court has reviewed the case schedule for this matter, as well as prior briefing and orders on motions in limine. Having reviewed these materials, the Court ORDERS as follows:

1. The trial in this matter is scheduled to begin on May 3, 2021. The Court has a scheduling conflict the week of May 3-7, 2021. Therefore, the trial is rescheduled to begin on <u>May 10, 2021</u>. The pretrial conference remains scheduled for April 19, 2021, at 11:00 a.m. and will be held using remote video technology.

2. Although the Court is not conducting in-person civil trials at this time, the Court is conducting civil jury trials using remote video technology. Consistent with General Orders 04-21 and 15-20 of the U.S. District Court for the Western District of Washington, the Court orders that the trial in this matter will be conducted remotely.

3. This matter was previously tried to a jury before the Honorable Ronald B. Leighton, but the jury was unable to reach a verdict. Before the first trial, Judge Leighton issued

ORDER - 1

an order on motions in limine filed by both parties. Dkt. No. 72. After the first trial, Judge Leighton denied a supplemental motion in limine filed by Plaintiff and ordered that Siobhan Watson would be permitted to testify on behalf of Defendant at the second trial. Dkt. No. 115. Having reviewed the parties' previously-filed motions in limine and Judge Leighton's orders, the Court finds no reason to rule differently than Judge Leighton on these matters. Therefore, the orders on motions in limine previously issued by Judge Leighton (Dkt. Nos. 72 and 115) will remain in effect for the second trial. As a result, the Court strikes the March 29, 2021 deadline for the parties to file motions in limine, and directs the parties to refrain from filing additional motions in limine.

DATED this 24th day of March, 2021.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER - 2